JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2: 15 cv 8935 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| ISABEL M. VENTURA, AKA ISABEL VENTURA, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, ISABEL M. VENTURA, AKA ISABEL VENTURA, in the principal amount of $6,712.74 plus interest accrued to November 17, 2015, in the sum of $1,709.05; with interest accruing thereafter at the daily rate of $0.65 until entry of judgment, for a total amount of **$8,421.79.**

DATED: 12/30/15                    By: KIRY GRAY
                                        Clerk of the Court
                                        
                                        Deputy Clerk
                                        United States District Court